784

No. 712. NICHOLS ET AL. v. KUBINA. April 5, 1943. Petition for writ of certiorari to the Supreme Court of Wisconsin denied. *Raymond W. Nichols, pro se.*

No. 745. MOORE v. UNITED STATES. April 5, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. J. Frank Kemp* and *James F. Kemp* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for the United States.

No. 754. REECE v. EBERSBACH ET AL. April 5, 1943. Petition for writ of certiorari to the Supreme Court of Florida denied. *Mr. Walter Warren* for petitioner.

No. 764. JONES v. BIDDLE, ATTORNEY GENERAL. April 5, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Joseph E. Jones, pro se. Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for respondent.

No. 768. DODD v. KANSAS. April 5, 1943. Petition for writ of certiorari to the Supreme Court of Kansas denied. MR. JUSTICE MURPHY and MR. JUSTICE JACKSON took no part in the consideration or decision of this application. *Jack Clarence Dodd, pro se.*

No. 777. REPUBLIC INSURANCE Co. v. BUTTS. April 12, 1943. Petition for writ of certiorari to the Circuit Court